IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL ACTION |
| | : | NO. 2:09-CR-012-WCO |
| WENDELL RAY SPELL, | : | |
| | : | |
| Defendant. | : | |

## ORDER

The court has before it for consideration the joint motion to amend the judgment and commitment order. This motion is filed by the United States and the defendant jointly and requests the court to delete the provisions for restitution to certain parties who do not wish to be included. The court has reviewed the matter and the motion is hereby **GRANTED** and the judgment and commitment and the amending order thereto dated October 30, 2009, are hereby amended to delete Turner Wood and Smith Insurance Agency, Inc. and Tucker Equipment Sales, Inc., from the list of victims to whom restitution is to be paid. Otherwise, the judgment and commitment and the amendments thereto remain unchanged.

**IT IS SO ORDERED**, this 18th day of November, 2009.

s/*William C. O'Kelley*
WILLIAM C. O'KELLEY
Senior United States District Judge